**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MURALT'S, INC., | ) |
|       **Plaintiff,** | ) |
| -vs- | )    **CASE NO. 08-CV-00378-DRH** |
| CHAMPION LABORATORIES, INC., et al., | ) |
|       **Defendants.** | ) |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge J. Phil Gilbert. All further documents filed in this matter shall bear case number 08-CV-378-JPG.

**IT IS SO ORDERED.**

DATED: This 28th day of May, 2008.

                                                  /s/   DavidRHerndon
                                                      **CHIEF JUDGE**
                                                **U.S. DISTRICT COURT**